IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DONNA JOHANSON CROSS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  1:12-cv-1455 |
| | ) | |
| PROSPECT MORTGAGE, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PROSPECT MORTGAGE, LLC'S
MOTION TO DISMISS COUNT V OF THE COMPLAINT**

Defendant Prospect Mortgage, LLC ("Prospect"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court for entry of an Order dismissing Count V of the Complaint of Plaintiffs Donna Johanson Cross and David Cross with prejudice for failure to state a claim for which relief can be granted.  The further grounds and bases for this Motion are set forth in the accompanying Memorandum in Support of Motion to Dismiss filed contemporaneously herewith.

WHEREFORE, Prospect respectfully requests that this Court sustain its Motion and Dismiss Count V of the Complaint with prejudice

PROSPECT MORTGAGE, LLC

By:   /s/ Robert D. Perrow
Robert D. Perrow (VSB #14766)
J.P. McGuire Boyd, Jr. (VSB # 72753)
WILLIAMS MULLEN
200 South 10th Street
Richmond, VA  23218-1320
Tel:   (804) 420-6000
Fax:  (804) 420-6507
bperrow@williamsmullen.com
mboyd@williamsmullen.com

*Counsel for Defendant Prospect Mortgage, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Dale Wood Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

Thomas Dean Domonoske, Esq.
Thomas D. Domonoske, Attorney at Law
461 Lee Avenue
Harrisonburg, VA 22802
(540) 442-8616
Email: tomdomonoske@earthlink.net
*Counsel for Plaintiffs*

Fernando Peter Silva, II, Esq.
Gowen Group Law Office PLLC
1325 G Street NW, Suite 500
Washington, DC 20005
202-380-9355
Fax: 202-499-1370
Email: peter.silva@gowengroup.com
*Counsel for Plaintiffs*

Matthew Allan Ranck
Eccleston and Wolf PC (VA)
10400 Eaton Place, Suite 107
Fairfax, VA 22030
703-218-5330
Fax: 410-752-0611
Email: ranck@ewdc.com
*Counsel for Saratoga Title and Escrow, Inc*

and by regular mail, postage prepaid to:

American Portfolio Mortgage Corp.
800 E. NW Highway, #821
Palatine, IL 60074
Attn: Scott Vorreyer

By:   /s/ Robert D. Perrow
Robert D. Perrow (VSB #14766)

20931353_1