IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| DONNA JOHANSEN CROSS, et al., <br><br> Plaintiffs <br><br> v. <br><br> PROSPECT MORTGAGE, LLC, et al., <br><br> Defendant. | Civil Action No. 1:12-CV-1455-TSE/TRJ |

### **ORDER**

Upon consideration of Plaintiffs' motion to Compel Discovery and any Opposition thereto, it is this ___ day of _____, 2013,

ORDERED, that the is Denied; it is further

ORDERED that Saratoga Title and Escrow, Inc.'s request for fees shall be Granted; it is further

ORDERED that Saratoga Title and Escrow, Inc. shall provide the Court with a Copy of the Fees that it is seeking to recover that are incurred in connection with its opposition to the Plaintiffs motion.

                                                                                                    _____
                                                                                                     Magistrate Judge,

Copies to:
Counsel of Record