IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DONNA JOHANSEN CROSS, *et al.*, )
)
        Plaintiffs, )
) Civil Action No. 1:12cv1455 (TSE/JFA)
v. )
)
PROSPECT MORTGAGE, LLC, *et al.*, )
)
        Defendants. )
)

## ORDER

On Friday, July 5, 2013, counsel for the parties appeared before the court and presented argument on Prospect Mortgage, LLC's ("Prospect") Motion for Protective Order. (Docket no. 45) ("Motion for Protective Order"). Upon consideration of the motion, Prospect's memorandum in support (Docket no. 44), plaintiffs' opposition (Docket no. 49), Prospect's reply (Docket no. 51), the argument presented by counsel, and for the reasons stated from the bench, it is hereby

ORDERED that Prospect's Motion for Protective Order is granted in part. Pursuant to the terms of the Consent Protective Order entered on June 5, 2013 (Docket no. 37) and as supplemented hereby, Prospect shall produce audited financial statements for 2010 and 2011 in response to plaintiff's Interrogatory no. 7 (Docket no. 44-1). These documents shall be for counsel for the plaintiffs' eyes only and used for the purposes of this litigation only.

Entered this 5th day of July, 2013.

                        /s/
                  John F. Anderson
                  United States Magistrate Judge

                  John F. Anderson
Alexandria, Virginia        United States Magistrate Judge