IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DONNA JOHANSEN CROSS, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:12cv1455 |
| | ) | |
| PROSPECT MORTGAGE, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### CONSENT PROTECTIVE ORDER

UPON CONSIDERATION of the joint motion of Plaintiffs Donna Johansen Cross and David Cross ("Plaintiffs") and Defendant Prospect Mortgage, LLC ("Prospect"), pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and for other good cause shown, it is hereby ORDERED that:

1. The discovery deadline is enlarged to August 30, 2013 for the sole purpose of allowing Plaintiffs to depose Prospect's CEO, Ron Bergum, by telephone in the event the Parties fail to settle this case at a mediation scheduled for August 23, 2013;

2. In the event Plaintiffs do take Mr. Bergum's deposition, the topics shall be limited to two subject areas: (1) Mr. Bergum's reaction, including what he ordered or did not order, when he learned that the proposal he outlined in a June 2010 meeting with Veronica Moskowitz did not occur; and (2) Mr. Bergum's reaction, including what he ordered or did not order, when he learned that Prospect had not paid interest on the USDA guaranty fee refund in connection with the subject loan transaction.

3. No other deadlines are altered by the entry of this order.

*JFA*

1

IT IS SO ORDERED.

Entered this 5th day of August, 2013

/s/ JFA
John F. Anderson
United States Magistrate Judge

WE CONSENT:

/s/ J.P. McGuire Boyd, Jr.
Robert D. Perrow (VSB No. 14766)
J.P. McGuire Boyd, Jr. (VSB No. 72753)
WILLIAMS MULLEN, PC
P. O. Box 1320 (23218-1320)
200 South 10th St., Suite 1600
Richmond, VA 23219
Facsimile: 804.420.6507
Telephone: 804.420.6927
Email: bperrow@williamsmullen.com
Email: mboyd@williamsmullen.com
*Counsel for Prospect Mortgage, LLC*


/s/ Thomas D. Domonoske
Thomas D. Domonoske (VSB # 35424)
461 Lee Ave.
Harrisonburg, VA 22802
Telephone: 540.442.7706
tomdomonoske@earthlink.net

Dale W. Pittman (VSB No. 15673)
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb St.
Petersburg, VA 23803
Telephone: 804.861.6000
dale@pittmanlawoffice.com

F. Peter Silva, II (VSB No. 80935)
1325 G Street NW, Ste. 500
Washington, D.C. 20005
Telephone: 202.380.9355
Peter. Silva@gowengroup.com
*Counsel for Plaintiffs*

2

   /s/ Elias George Saboura-Polkovotsy
Matthew Allan Ranck (VSB No. 51110)
Elias George Saboura-Polkovotsy (VSB No. 72256)
Eccleston and Wolf PC
7240 Parkway Dr., 4th Fl.
Hanover, MD 21076
Telephone: 410.752.7474
Email: ranck@ewdc.com
Email: saboura@ewva.com
*Counsel for Saratoga Title and Escrow, Inc.*

   /s/ James G. Smalley
James G. Smalley (VSB No. 20292)
Cyron & Miller LLP
100 N Pitt St. Ste. 200
Alexandria, VA 22314-3134
Telephone: 703.299.0600
Email: jsmalley@cyronmiller.com
*Counsel for American Portfolio Mortgage Corp*
22983996_1