IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DONNA JOHANSEN CROSS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:12cv1455 |
| ) | |
| PROSPECT MORTGAGE, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the Court is a Consent Motion for a Single Hearing on the Parties' Motion for Summary Judgment (Docket No 93). Upon consideration of the Parties request to have all pending motions for summary judgment heard on a single date and for good cause shown, it is hereby

ORDERED that (1) Plaintiffs' Motion for Partial Summary Judgment (Dkt. 80) that is currently noticed for a hearing at 10:00 a.m. on October 4, 2013; (2) Prospect Mortgage, LLC's Motion for Summary Judgment (Dkt. 87) that is currently noticed for a hearing at 10:00 a.m. on October 11, 2013; and (3) Defendant, American Portfolio Mortgage Corp's Motion for Summary Judgment (Dkt. 83) that is currently noticed for a hearing at 10:00 a.m. on October 11, 2013, shall all be heard on October 18th at 10:00 AM. It is further

ORDERED that the Parties shall follow the briefing schedule set forth in the Memorandum in Support of Consent Motion for a Single Hearing on the Parties' Motion for Summary Judgment (Docket No. ).

Entered this 25th day of September 2013.

_____
United States District Judge

/s/
T. S. Ellis, III
United States District Judge