

**AMERICAN**
PORTFOLIO MORTGAGE

MORTGAGE SERVICING
1 CORPORATE DRIVE, SUITE 360
LAKE ZURICH, IL 60047-8945
CUSTOMER SERVICE 888-381-6763
FAX 847-574-7659

**EXHIBIT**
ll

August 28, 2013

Donna Cross                        RES1290
▬▬▬▬▬▬
Warrenton VA 20187-

RE: Loan Number: ▬▬▬▬▬▬

Dear Donna Cross :

This letter will confirm our actions regarding your recent inquiry.

We are submitting an electronic correction for the negative credit reporting on your loan to the credit reporting agencies to which we furnish information. Please be advised that it may take up to 60 days for the credit reporting agencies to update their records. Until your records are updated, please retain this letter as confirmation of submission of correction.

Your satisfaction is important to us, and we will diligently work to assure the appropriate handling of your loan in the future.

If you have any questions, please call us at 1-888-381-6763. If you wish to send a letter, please write to us at 1 Corporate Drive Suite 360, Attention: Mail Stop RES1290, Lake Zurich, Illinois 60047-8945.

Sincerely,

Stacey Firnbach
Research Department

                                                                                                    QC300/SFH