**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **DONNA JOHANSEN CROSS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 1:12cv1455** |
| | ) | |
| **PROSPECT MORTGAGE, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## SECOND DECLARATION OF PLAINTIFF DONNA JOHANSEN CROSS

1.    I am Donna Johansen Cross, and I make this declaration in Warrenton, Virginia based on my own knowledge.

2.    I am a named plaintiff in this action.

3.    I reside at 7102 Kelly Road, Warrenton, Virginia 20187.

4.    When questioned in my deposition, I did not know whether I had "the ability at this time to come up with the funds to rescind the loan," because, since I work during the day, my husband David Cross handles such financial matters.

5.    In July 2012, I knew my credit was good enough to refinance the house because we were ready to schedule the closing before the USDA RD problem surfaced.

6.    When I was deposed, I was unaware of any negative credit reporting by American Portfolio nor the consequences of that negative reporting.

7.    After my deposition, I received an adverse action notice from American Express, dated July 15, 2013, (Exhibit kk).

8.    With this notice, I found that my credit was now so poor as to be unable to obtain a credit card account.

1

9.      When I requested a copy of my credit file after I received the American Express notice, I learned for the first time that American Portfolio had been reporting my loan account as delinquent.

10.     With the adverse action  notice from American Express, I learned for the first time that my Experian credit score was now down to 532.

11.     Before this, I had an Experian credit score of 697, as shown on DC 1523 in Exhibit jj.

12.     I disputed this reporting and received the notice of correction, Exhibit ll.

13.     I know of no other negative information on  my credit that would keep me from qualifying for a home loan.

I have provided this information freely and voluntarily, and under penalty of perjury, I declare that it is true and complete to the best of my knowledge and belief.

_Donna Johansen Cross_
Donna Johansen Cross

_9/30/13_
Date